IN THE United States District Court
For the District of Colorado.

Jawad Amir Musa Reg# 28075-037,
            Plaintiff

V.                                          Civil Action#

Dr. Franco, Dr. Resto, Dr. Allred,                    **FILED**
AHSA Lindgren (Bivens Action)          **UNITED STATES DISTRICT COURT**
                                              **DENVER, COLORADO**
United States of America (FTCA),              **12/02/2020**
            Defendant(s)               **JEFFREY P. COLWELL, CLERK**

## MOTION FOR EXTENSION OF TIME TO FILE
## A FEDERAL TORT CLAIM ACT/BIVEN ACTION

Comes Now Jawad Musa, the Plaintiff, pro se,
and respectfully moves this Honorable Court for an
extension of time to file a Federal Tort and
Bivens Action. In Support thereof, Plaintiff States:

1. Plaintiff currently represents himself, pro se
and is not trained in the field of law with limited
access to the prison law library.

2. On December 5, 2019, Plaintiff filed an
Administrative Tort Claim to the North Central
Regional Director. - Claim# TRT-NCR-2020-03120
$2,000,000.00

3.    As of this date, I have not received a response from the Bureau of Prisons (BOP) within six months of December 5, 2019, therefore, I can hereby deem the BOP's Non-response as a denial of my administrative claim whereas I can invoke my statutory right to file a FTCA suit in this court within six (6) months of the deemed denial see 28 USC § 2401(b) which would be a filing date by December 15, 2020

4. One or About April 2020, USP Florence-High was placed on Modified lockdown status due to COVID-19, which meant inmates had very limited assess to the law library, if any at all.

5. Due to Plaintiff's current medical issue with his eye-sight He is being helped with his legal work by another inmate who's handwriting is not very legible so his work has to be typed

6. Plaintiff has been told that the typing has begun but because of the limited movement each housing unit recieves one day a week, for 3 hours in the law library.

(2.)

7. However, Inmates are currently locked in thier cells due to a surge in coronavirus cases in the institution, and will be there until further notice. See Attached Notice "A"

8. This motion is made in the interest of Justice and not meant to delay the proceeding. The Defendant(s) and United States will not be prejudiced by a thirty (30) day delay.

WHEREFORE, based on the above Plaintiff Musa urges this Honorable Court to grant him thirty (30) day extension of time to file his FTCA and Bivens Action.

Respectfully submitted on this 25th day of November, 2020.

Jawad Musa
Pro Se Representation

Certificate of Service

I hereby certify that a true and correct copy of this foregoing Motion for Extension of Time to file a FTCA/Bivens has been mailed postage prepaid on this November 25, 2020, to the following: Federal Bureau of Prisons, Defendant(s), P.O. Box 7500, USP Florence-High, Florence, Co. 81226.

(3)

# USP FLORENCE INMATE BULLETIN

## (NOVEMBER 23, 2020)

As you are aware USP Florence was placed on lockdown due to an assault involving the use of weapons last Friday. As stated to the inmate population on multiple occasions, violence as means to resolve any conflict is never appropriate. Over the weekend SIS completed an investigation of this incident and determined it was appropriate for the institution to resume operations today.

However, operation of the institution will continue to remain limited at this time due to the increase of inmates and staff testing positive for COVID-19. The Health Services Department has developed a plan to conduct targeted COVID-19 testing of the inmate population. We are seeking the cooperation of the inmate population if Health Service staff determine you should be tested. As a reminder, "The Bureau tests an inmate for an infectious or communicable disease when the test is necessary to verify transmission following exposure to bloodborne pathogens or to infectious body fluid. An inmate who refuses diagnostic testing is subject to an incident report for Refusing to Obey an Order."

The safety of the inmate population is paramount and we are taking steps to reduce COVID-19 transmission. In order to ensure testing can be conducted, all non-essential operations have been suspended for the remainder of the week to include commissary sales and visiting. Inmate clothing and linens will be collected and laundered on Monday and Tuesday. The Captain will disseminate a limited schedule for inmates to shower and utilize the phones and email system.

Your continued compliance and patience during these times is appreciated. As operations change, notices will be distributed.

## REMINDERS:

*FACE COVERINGS ARE MANDATORY
*PRACTICE SOCIAL DISTANCING
*SANITIZE LIVING AREAS
*SANITIZE SHOWERS, PHONES, COMPUTERS, ETC. BEFORE & AFTER USE

_____        11/23/2020
B. Carter, Warden                              Date

# USP FLORENCE INMATE BULLETIN

## (NOVEMBER 23, 2020)

Como usted sabe USP Florence fue puesto en el encierro debido a un asalto que implica el uso de armas el viernes pasado. Como se ha dicho a la población reclusa en múltiples ocasiones, la violencia como medio para resolver cualquier conflicto nunca es apropiada. Durante el fin de semana, el SIS completó una investigación de este incidente y determinó que era apropiado que la institución reanudara sus operaciones hoy.

Sin embargo, el funcionamiento de la institución seguirá siendo limitado en este momento debido al aumento de los reclusos y el personal que dio positivo para COVID-19. El Departamento de Servicios de Salud ha desarrollado un plan para llevar a cabo pruebas COVID-19 específicas de la población reclusa. Estamos buscando la cooperación de la población reclusa si el personal del Servicio de Salud determina que usted debe ser probado. Como recordatorio, "La Oficina prueba a un recluso en busca de una enfermedad infecciosa o transmisible cuando la prueba es necesaria para verificar la transmisión después de la exposición a patógenos transmitidos por la sangre o a fluidos corporales infecciosos. Un recluso que rechaza las pruebas diagnósticas está sujeto a un informe de incidentes por negarse a obedecer una orden".

La seguridad de la población preso es primordial y estamos tomando medidas para reducir la transmisión COVID-19. Con el fin de garantizar que se puedan llevar a cabo pruebas, todas las operaciones no esenciales se han suspendido durante el resto de la semana para incluir las ventas de comisarios y las visitas. La ropa y la ropa de cama de los reclusos se recogerán y lavarán los lunes y martes. El Capitán difundirá un horario limitado para que los reclusos se duchen y utilicen los teléfonos y el sistema de correo electrónico.

Se agradece su continuo cumplimiento y paciencia durante estos tiempos. A medida que cambien las operaciones, se distribuirán los avisos.

## RECORDATORIOS:

*LAS CUBIERTAS DE CARA SON OBLIGATORIAS
*PRACTICE SOCIAL DISTANCING
*SANITIZE ZONAS DE VIVIENDA
*DESINFECTE LAS DUCHAS, TELÉFONOS, COMPUTADORAS, ETC. ANTES Y DESPUÉS DE SU USO

_____
C. Carter, Warden

_____11/23/2020_____
Date

Jawad Musa #28075-037
United States Penitentiary
P.O. Box 7000
Florence CO. 81226

DENVER CO 802

30 NOV 2020 PM 7

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 02 2020

JEFFREY P. COLWELL
CLERK

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO. 80294-3589

80294-250175